∎

PAUL BOROCK, as Administrator of the Estate of JENNIE BOROCK, Deceased, Appellant, v. LILLIAN M. SAGER et al., Respondents.— Order unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiff stipulates to reduce the verdict to $15,000 instead of $7,500, in which event, the order as so modified, is affirmed, without costs. No opinion. Settle order on notice. Present — Cohn, J. P., Callahan, Van Voorhis and Shientag, JJ.

∎

ELIAS SAVADA et al., Respondents, v. SLIDELOCK INTERNATIONAL, LTD., Appellant.— Determination unanimously affirmed, with costs to respondents. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post,* p. 942.]

∎

SYBIL L. BETHEL, Respondent, v. GERARD A. PELTIER, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

∎

ELIZABETH V. HYNDSMAN, as Administratrix of the Estate of WILLIAM T. HYNDSMAN, Deceased, Respondent, v. METROPOLITAN DISTRIBUTORS, INC., Appellant.— Orders affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. Dore and Callahan, JJ., dissent and vote to reverse and grant the motion for a new trial. [See *post,* p. 941.]

∎

FRIEDA RADER et al., Appellants, v. MANUFACTURERS CASUALTY INSURANCE COMPANY OF PHILADELPHIA, PENNA., et al., Respondents, et al., Defendants.— Judgment affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Callahan, Shientag and Heffernan, JJ. Shientag, J., dissents and votes to reverse and to direct judgment for the plaintiffs for the relief demanded in the complaint. [199 Misc. 911.]

∎

In the Matter of LOUIS BERG, Appellant, against CONNIE GUION et al., as Members of the MEDICAL APPEALS UNIT, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See *post,* p. 941.]

∎

ROBERT SCHWARZ BRISTLE COMPANY, Appellant, v. SHAMUEL SHEMELZADA, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

∎

JOSE M. VASQUEZ et al., Appellants, v. MARIA BELOTTI, Respondent. JOSE M. VASQUEZ et al., Appellants, v. MARY BELOTTI, Respondent, and HELEN GANELLI, Undertenant.— Order modified by allowing the tenant space in the cellar premises designated by letters " A ", " B ", " C " on plaintiffs' Exhibit " 11 " for the purpose of continuing to furnish the present services to her roomers, without payment of additional rent therefor, and, as so modified, affirmed, without costs. The tenant is, of course, to have access to the space